unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Frances Murphy, an Infant, by Emma Murphy, Her Guardian ad Litem, Appellant, v. Sea Beach Railway Company and Brooklyn Heights Railroad Company, Respondents. — Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days defendants stipulate that the judgment be modified by striking out the costs to defendants, in which event the judgment and order are unanimously affirmed, without costs. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Joseph Anzelotti, Alias Joseph Anzalotta, Alias Giuseppe Anzelotto, Appellant.— The parties hereto having stipulated in open court that a justice may be substituted in place of Burr, J., deceased, Mr. Justice Putnam was so substituted. Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. John Diemer, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Nicodino Le Rose, Appellant.— Judgment of conviction of the County Court of Kings county reversed and new trial ordered, upon the ground that it was error to admit evidence of the weapons behind the bar, which evidence became more injurious on account of the use made of it by the assistant district attorney in his address to the jury. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

The People of the State of New York ex rel. James J. Nolan, as Executor, etc., of William Nolan, Deceased, Respondent, v. William A. Prendergast, as Comptroller of the City of New York, Appellant.— Final order affirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Isaac Rabinowitz, Respondent, v. Max Asness, Appellant.— Order reversed, without costs, and motion granted upon payment of all costs to date, and upon condition that defendant stipulate that plaintiff may discontinue his action, without costs, if he is so advised. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Elizabeth Schmidt, as Administratrix, etc., of Charles Schmidt, Deceased, Respondent, v. Transit Development Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the evidence did not justify submission to the jury of any question of failure on the part of the employer to make and enforce suitable rules. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

William H. Schofield, as Trustee in Bankruptcy, etc., Respondent, v. Dayve De Boris De Waltoff and Another, Defendants. Dora A. De Waltoff, Appellant.— Order affirmed, with ten dollars costs and disbursements,

but with leave to appellant to answer within twenty days on payment of the costs and disbursements of this appeal, as well as the costs imposed by the order of the Special Term. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

William H. Schofield, as Trustee in Bankruptcy, etc., Respondent, v. Mechanics' Bank of Brooklyn and Another, Defendants. Dora A. De Waltoff, Appellant.— Order affirmed, with ten dollars costs and disbursements, but with leave to appellant to answer within twenty days on payment of the costs and disbursements of this appeal, as well as the costs imposed by the order of the Special Term. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

William H. Schofield, as Trustee in Bankruptcy, etc., Respondent, v. Rebecca Wolper and Others, Defendants. Dora A. De Waltoff, Appellant. ·— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Charlotte Schoneberger, Individually and as Executrix, etc., Respondent, v, James Fey, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

George Seiler, Respondent, v. John McGregor, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

William Slaviz, as Administrator, etc., of Ferdinando Femia, Deceased, Appellant, v. Thomas Hayes and Michael Welsch, Respondents.— Order modified by providing that a new trial be granted, upon the ground that the verdict was against the weight of evidence, and judgment reversed, costs to abide the event. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred. Order to be settled before Mr. Justice Rich.

Samuel Meredith Strong, Respondent, v. Edward V. Gambier, Trustee, Individually and as Executor, etc., and Others, Defendants. Byron S. Wightman and Others, Appellants.— Order affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Gaetano Tedeschi, Appellant, v. Antonio Bacigalupo and Joseph Bacigalupo, Copartners, etc., Respondents.— Order of the County Court of Nassau county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Frank Terry, Respondent, v. The Long Island Railroad Company, Appellant.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.

Samuel T. Williams and Another, Respondents, v. Peter Keeler Building Company, and Another, Appellants.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

Josephine C. Winne, as Ancillary Administratrix, etc., of Claude J., Winne, Deceased, Respondent, v. Erie Railroad Company, Appellant.—